UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAN STEINHAUER,

    Plaintiff(s),

V.                                          CASE NO. 15-12560
                                            HON. LINDA V. PARKER

PLAZA RECOVERY, INC.,

    Defendant(s).
_____/

## ORDER OF DISMISSAL

The Plaintiff having filed a Notice of Voluntary Dismissal [DOC 4] on September 1, 2015;  Accordingly, the above-entitled action is DISMISSED WITH PREJUDICE.

                                          s/Linda V. Parker
                                          Linda V. Parker
                                          United States District Judge

Dated:  September 3, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 3, 2015, by electronic and/or ordinary mail.

                                          s/Richard Loury
                                          Case Manager